[No. 31842-0-I.   Division One.   January 10, 1994.]

SHERRY L. HURSH, *Respondent*, v. TORRI L.
PETRY, *Appellant*.

Appeal from a judgment of the Superior Court for Snoho-
mish County, No. 90-2-01243-1, Robert C. Bibb, J., entered
November 23, 1992. *Affirmed* by unpublished opinion per
Agid, J., concurred in by Grosse and Forrest, JJ.

[No. 28728-1-I.   Division One.   January 10, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CHIP LEE
UGLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom
County, No. 89-1-00190-2, Byron L. Swedberg, J., entered
May 28, 1991. *Affirmed* by unpublished opinion per Coleman,
J., concurred in by Pekelis, A.C.J., and Grosse, J.

[No. 12322-7-III.   Division Three.   January 11, 1994.]

IBP, INC., *Appellant*, v. TOOMAS HINOJOSA,
*Respondent*.

Appeal from a judgment of the Superior Court for Franklin
County, No. 91-2-50329-2, Duane E. Taber, J., entered March
17, 1992. *Affirmed* by unpublished opinion per Thompson,
C.J., concurred in by Munson, J., and Van Nuys, J. Pro Tem.

[No. 12501-7-III.   Division Three.   January 11, 1994.]

BOARD OF TRUSTEES OF INLAND EMPIRE SHEET METAL
INDUSTRY FUND, *Respondent*, v. APOLLO SHEET
METAL, INC., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Spokane
County, No. 90-2-03063-1, John A. Schultheis, J., entered May
18, 1992. *Affirmed in part* and *remanded* by unpublished
opinion per Thompson, C.J., concurred in by Sweeney, J., and
Schacht, J. Pro Tem.